United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CHAVEZ-MORENO, | § | |
|    Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-038 |
| | § | CRIMINAL NO. B-14-679-1 |
| UNITED STATES OF AMERICA, | § | |
|    Respondent. | § | |

## ORDER

Pending is the Magistrate Judge's January 26, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 8]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted.  Therefore, Juan Chavez-Moreno's petition for writ of habeas corpus [Doc. No. 1] is denied, and the issuance of a Certificate of Appealability is denied.

Signed this 28th day of February, 2017.

                                                  Andrew S. Hanen
                                                  United States District Judge